Laura E. Krank
Attorney at Law: 220208
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax:
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
William David Cook

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVID COOK,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 8:21-cv-01109-ADS<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 01/18/2022

                    /s/ Autumn D. Spaeth
         THE HONORABLE AUTUMN D. SPAETH
         UNITED STATES MAGISTRATE JUDGE

-1-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 8:21-CV-01109-ADS**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on January 12, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Laura E. Krank

_____
Laura E. Krank
Attorneys for Plaintiff
_____